**Order entered December 3, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01388-CV

**DAVID JAMES ROBERT SNODGRASS, ET AL., Appellants**

**V.**

**NH RESOURCES LLC, ET AL., Appellees**

**On Appeal from the 192nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-14-14337**

## ORDER
Before Chief Justice Wright and Justices Lang-Miers and Stoddart

We **GRANT** appellees' December 1, 2015 alternative motion for leave to file a sur-reply

brief.  We **ORDER** the sur-reply brief attached to the motion filed as of December 1, 2015.

We **DENY** appellants' emergency motion for stay.


/s/      ELIZABETH LANG-MIERS
JUSTICE